STEVEN G. KALAR
Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant TATE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERRANCE TATE, <br><br> Defendant. | No. CR 12-832 MMC <br> **ORDER APPROVING STIPULATION** ~~AND [PROPOSED] ORDER~~ **FOR CONTINUANCE OF STATUS CONFERENCE AND EXCLUSION OF TIME** <br><br> Date:  May 15, 2013 <br> Time:  2:30 p.m. <br> Court: The Honorable Maxine M. Chesney |

The parties hereby stipulate and agree as follows:

1. This matter is currently set for a status conference on May 15, 2013 at 2:30 p.m.;

2. Defense counsel is still negotiating the plea agreement with the government, and still needs to present mitigating evidence to the government to do so. She is awaiting medical and military records that she believes will support this request and could also bear on a potential motion to suppress she may file in the matter;

3. Counsel for the government has been contacted and has no objection to the continuation;

4. The defense thus requests that the status conference be continued to June 12, 2013 at 2:30 p.m.

12-832 MMC; Stipulation to Continue                1

5. Further, and in light of the foregoing, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from May 15, 2013 through June 12, 2013 on the grounds of effective preparation of counsel.  The parties agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A), (h)(7)(B)(iv)..

IT IS SO STIPULATED.

Dated: May 14, 2013

```
                            _____/s/_____
                            ELIZABETH M. FALK
                            ASSISTANT FEDERAL PUBLIC DEFENDER
```

Dated: May 14, 2013
```
                            _____/s/_____
                            CAROLYN SILANE
                            ASSISTANT UNITED STATES ATTORNEY
```

### [PROPOSED] ORDER

For the reasons set forth above, the hearing in the aforementioned matter is hereby CONTINUED from May 14, 2013 to June 12, at ~~2:30 p.m.~~   2:15 p.m.

In addition, for the reasons stated above, the Court finds that an exclusion of time from May 15, 2013 through June 12, 2013 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(7)(A).

1
2      **IT IS SO ORDERED**.
3
4   DATED:  May 14, 2013                              _____
5                                                    THE HONORABLE MAXINE CHESNEY
                                                     UNITED STATES DISTRICT JUDGE
6
7
...
26

12-832 MMC; Stipulation to Continue            3